# Court of Appeals
# of the State of Georgia

ATLANTA,  June 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0340. THE STATE v. KENNY MILLER.**

Kenny Miller was charged with armed robbery and other crimes. The trial court entered an order setting trial for July 25, 2022, and providing that if the case was not reached for trial for any reason that week, the case would be re-set for trial on August 22, 2022. On July 25, 2022, Miller filed a motion in limine, noting inter alia alleged discovery violations by the State. The trial court granted Miller's motion, and the State filed this appeal pursuant to OCGA § 5-7-1 (a) (5). Miller has filed a motion to dismiss the appeal.

OCGA § 5-7-1 (a) (5) does not authorize this appeal, because the motion on which the order was based was filed fewer than 30 days prior to the scheduled start of trial. See *State v. Carswell*, 367 Ga. App. 293, 296 (__ SE2d __) (2023); *State v. Petty*, 362 Ga. App. 825, 830 (870 SE2d 241) (2022). Because no statutory provision authorizes this appeal, the motion to dismiss is hereby GRANTED, and the appeal is hereby DISMISSED. See *State v. Caffee*, 291 Ga. 31, 33 (2) (728 SE2d 171) (2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/06/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*